UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD E. STONE,<br><br>                              Plaintiff,<br><br>         -against-<br><br>THE NEW YORK STATE DIVISION OF HUMAN RIGHTS,<br><br>                              Defendant. | 18-CV-3867 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 28, 2018, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(iii), and lack of subject matter jurisdiction, *see* Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 28, 2018
             New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge